UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-3799-MWF(SSx)**                                   Dated: **November 3, 2016**

Title:      Star Fabrics, Inc. -v- V.F. Corporation, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                     None Present
    Relief Courtroom Deputy                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

      In light of the Notice of Settlement filed September 23, 2016, and the Notice of Dismissal of The Isfel Co., Inc. filed October 11, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 21, 2016, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

      **IT IS SO ORDERED.**