Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
**DONIGER / BURROUGHS**
603 Rose Avenue
Venice, California  90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>V.F. CORPORATION; *et al.*<br><br>Defendants. | Case No. CV16-3799-MWF (SSx)<br><u>Hon. Michael W. Fitzgerald Presiding</u><br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

SO STIPULATED.

Date: November 9, 2016          By: _____
                                    HON. MICHAEL W. FITZGERALD
                                    UNITED STATES DISTRICT JUDGE